## United States District Court
### Violation Notice

CVB Location Code: MY13

Violation Number: 3388479
Officer Name (Print): Flack
Officer No.: 114

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/10/2012 9:48 AM
Offense Charged: 13-702a — State Code — MTC

Place of Offense: Rt 22 + Maryland Blvd, APG MD 21005

Offense Description; Factual Basis for Charge:
Driving Vehicle on hwy with suspended Reg
18 USC 7(3)

HAZMAT: —

**DEFENDANT INFORMATION**

Last Name: Saunders
First Name: Carlton
M.I.: J

Tag No.: JO379CB
State: MD
Year: 00
Make/Model: FoRD Taurus
PASS: —
Color: White

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount: $150
+ $25 Processing Fee
PAY THIS AMOUNT → $175 Total Collateral Due

**YOUR COURT DATE**
Court Address: TBD
Date: TBD
Time: TBD

X Defendant Signature: [signed]

(Rev. 01/2011)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 10, 2012 while exercising my duties as a law enforcement officer in the Maryland District of Maryland

Ms Amy Mayo brought to my attention Mr Carlton Saunders was attempting access to the installation and lacked a registration card, the return for the license plate showed it was issued to Mr Saunders for a 2004 Acura 45 and that the plate was suspended with a pickup order issued 04/15/2011 for SERO. LT Anthony Williams made contact with MVA in 6/21 Burnie and confirmed the pickup order remained in force. Mr Saunders removed the plates and surrendered them to APG Police. For turn, Mr Saunders was allowed to arrange his own transport of the unregistered 2000 Ford 45 the plates were displayed on. I declined to cite for unreg motor veh, displaying plates issued to other vehicle, failure of transferee to apply for new reg but for driving carrying reg card. CVB 3388480 — MTC 13-703g unathorized displays also issued.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2011
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident