# United States District Court
## Violation Notice

CVB Location Code: MY 13

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3388480 | Flack | 114 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☑ State Code |
|---|---|
| 07/10/2012 9:42 am | MTC 13-703g |

Place of Offense: Rssw Rd + Maryland Blvd
APG, MD 21005

Offense Description: Factual Basis for Charge: HAZMAT □
Unauthorized display and use of Reg plate
18 USC 7, 13

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Saunders | Carlton | T |

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| 00374CD | MD | 00 | Ford Taurus | | White |

A □ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 280 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 315 Total Collateral Due

### YOUR COURT DATE

Court Address: TBD
Date: TBD
Time: TBD

X Defendant Signature: [signature]

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 10, 2012 while exercising my duties as a law enforcement officer in the APG District of Maryland

Ms Amy Mayo brought to my attention Mr Saunders who was attempting to obtain a visitors pass for access to APG. Mr Saunders failed to have a Reg Card. A check of the plate displayed on the vehicle, a 2000 Ford, US showed the plate was issued to Mr Saunders for a 2004 Acura 9S and that the plate had a Pickup order issued 4/15/2011 for SERO. Lt Anthony Williams contacted MVA (Glen Burnie) and confirmed the pick up order remained in force. I declined to cite for driving notorveh, failure to carry Reg Card, Display reg plates issued to other veh, failure of transferee to apply for New reg before driving. Mr Saunders removed his reg plate for turn in to APG Police. Mr Saunders was allowed to arrange for his own tow.

CVB 338875 - MTC 13-702a Driving Veh on Hwy w/suspend Reg

The foregoing statement is based upon:
□ my personal observation   ☑ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2012   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident